UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

RAY OGLESBY,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2021

04 Cr. 424-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that the Court will hold an initial appearance in this action for Defendant Oglesby on **November 4, 2021**, at **11:00 a.m.**, using the Court's videoconferencing software.  See *In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. June 15, 2021), ECF No. 6 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely.").  Chambers will provide the parties with instructions on how to appear via video.

To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding.  Members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827.  All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

Dated:  October 27, 2021
        New York, New York

_____
ANALISA TORRES
United States District Judge