UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           -against-

RAY OGLESBY,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2021

04 Cr. 424-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The initial conference schedule for November 4, 2021, is ADJOURNED to **November 23, 2021**, at **11:00 a.m.**  By **November 16, 2021**, the parties shall submit a joint letter to the Court, updating the Court on the plea negotiations and if a further adjournment is necessary.

        SO ORDERED.

Dated: November 3, 2021
       New York, New York

ANALISA TORRES
United States District Judge