USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2021

*KIRTON LAW FIRM*

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

November 16, 2021

VIA ELECTRONIC FILING

Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Ray Oglesby, 04 cr. 424 (AT)*

Dear Judge Torres:

    I represent Ray Oglesby in the above-referenced matter. The parties are still negotiating a settlement of this matter and could benefit from a one-week adjournment of the next conference.[1]

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

GRANTED. The initial conference scheduled for November 23, 2021, is ADJOURNED to **December 2, 2021**, at **11:00 a.m.** By **November 23, 2021**, the parties shall submit a joint letter to the Court, updating the Court on the status of plea negotiations and if a further adjournment is necessary.

SO ORDERED.

Dated: November 17, 2021
      New York, New York

ANALISA TORRES
United States District Judge