UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAY OGLESBY,

                       Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2021
```

04 Cr. 424-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The initial conference schedule for December 2, 2021, is ADJOURNED to **December 7, 2021**, at **11:00 a.m.** By **November 30, 2021**, the parties shall submit a joint letter to the Court, updating the Court on the plea negotiations and if a further adjournment is necessary.

      SO ORDERED.

Dated: November 22, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge