USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/3/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

         -against-

RAY OGLESBY,

                Defendant.

04 Cr. 424-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial conference scheduled for December 7, 2021, is ADJOURNED to **December 14, 2021**, at **11:00 a.m.**, and will proceed remotely.  By **December 8, 2021**, Defendant shall file his sentencing submission.  By **December 10, 2021**, the Government shall file its response, if any.

    SO ORDERED.

Dated: December 3, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge