USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Ray Oglesby ,

                        Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

04 -CR- 424 (AT)( )

Defendant  Ray Oglesby  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

_X_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

_X_ Misdemeanor Plea/Trial/Sentence

s/Ray Oglesby

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Ray Oglesby**

Print Defendant's Name
This proceeding was conducted by reliable videoconferencing technology.

12/14/21

Date

_Marlon Kirton_
Defense Counsel's Signature

**Marlon G. Kirton**
Print Defense Counsel's Name

_____
ANALISA TORRES
United States District Judge