UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAY OGLESBY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2021

04 Cr. 424-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Clerk of Court is direct to strike ECF No. 432 pursuant to Federal Rule of Criminal Procedure 35(a). A judgment reflecting the corrected sentence will be docketed in due time.

      SO ORDERED.

Dated: December 27, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge